# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD LEE BRADLEY,** | * |
| Petitioner, | * |
| vs. | * CIVIL ACTION NO. 12-00624-WS-B |
| **UNITED STATES OF AMERICA,** | * |
| Respondent. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Bradley's petition for habeas corpus relief should be **DENIED** and that Bradley is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this **2nd** day of **April, 2014.**

              s/WILLIAM H. STEELE
              **CHIEF UNITED STATES DISTRICT JUDGE**