**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RICHARD LEE BRADLEY,** | * |
| Petitioner, | * |
| vs. | * CIVIL ACTION NO. 12-00624-WS-B |
| **UNITED STATES OF AMERICA,** | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Bradley's petition for habeas corpus relief should be **DENIED** and that Bradley is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this **2nd** day of **April, 2014.**

                                         s/WILLIAM H. STEELE
                                         CHIEF UNITED STATES DISTRICT JUDGE